Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  CHRISTINE R. BROOKS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CHRISTINE R. BROOKS, | Case No.:  2:16-CV-01228 CKD |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Christine R. Brooks ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to January 3, 2017; and that Defendant shall have until February 2, 2017, to file his opposition.  Any reply by plaintiff will be due February 23, 2017.

-1-

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: November 4, 2016          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  November 4, 2016        BENJAMIN WAGNER
United States Attorney

*/S/- Marcelo N. Illarmo

_____
Marcel N. Illarmo
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

## ORDER

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including January 3, 2017, in which to file Plaintiff's Motion for Summary Judgment or Remand; Defendant may have an extension of time to February 2, 2017 to file his opposition, if any is forthcoming. Any reply by plaintiff will be due February 23, 2017.

IT IS SO ORDERED.

Dated:  November 7, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE