UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE BROOKS, | No. 2:16-CV-1228 CKD |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Defendant has filed an answer in this action. Pursuant to the stipulation and order filed November 7, 2016, plaintiff's motion for summary judgment was due January 3, 2017. The parties were advised in the scheduling order that the court is not responsible for reminding them of scheduling deadlines and that failure to adhere to the schedule may result in sanctions, including dismissal. L.R. 110. Plaintiff also was advised that plaintiff has an affirmative duty to prosecute this action, and that failure to do so may result in a dismissal for lack of prosecution. Fed. R. Civ. P. 41(b).

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff show cause, in writing, no later than fourteen days from the date of this order, why this action should not be dismissed for failure to prosecute.

Dated: January 12, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 brooks1228.osc