PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8944
     Facsimile: (415) 744-0134
     E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE R. BROOKS,<br><br>        Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,[1]<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:16-cv-01228-CKD<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from March 10, 2017 to April 10, 2017.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because Defendant's counsel has a higher than normal workload. In addition,

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stip. & Prop. Order for Ext.;   Case 2:16-cv-01228-CKD     1

1  Defendant's counsel was out multiple days this week due to illness, and will be on leave from
2  March 3, 2017 to March 13, 2017.
3       The parties further stipulate that the Court's Scheduling Order shall be modified
4  accordingly.

5

6

7                                        Respectfully submitted,

8  Dated: March 1, 2017         */s/ Steven Rosales*
                                        (*as authorized via e-mail on 3/1/17)
9                                          SETEVEN ROSALES
10                                         Attorney for Plaintiff

11
12 Dated: March 1, 2017         PHILLIP A. TALBERT
                                        United States Attorney
13                                         DEBORAH LEE STACHEL
                                          Acting Regional Chief Counsel, Region IX
14                                         Social Security Administration

15                          By:    */s/ Marcelo Illarmo*
16                                         MARCELO ILLARMO
                                        Special Assistant United States Attorney
17
                                        Attorneys for Defendant
18

19

20                                         <u>ORDER</u>
21

22
23 APPROVED AND SO ORDERED:
   Dated:  March 2, 2017
24
                                      _____
25                                       CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE
26

27

28